**EXHIBIT A TO SHORT FORM COMPLAINT**

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure To AFFF | Exposure to Contaminated Drnkg. Water | Firefighter Trnt. Gear Exposure | Alleged Injuries | Causes Of Action (Counts per ¶9) |
|---|---|---|---|---|---|---|---|---|
| 1. Brown, Carse | 1/13/1994 | Mass. | Mass. | X | | X | Thyroid Cancer | Counts III;VI-VIII; XII; XIII |
| 2. Carr, Shane | 5/28/1987 | Mass. | Mass. | X | | X | Thyroid Cancer | Counts III;VI-VIII;XII;XIII |
| 3. Davis, Jonathan | 5/8/1984 | Mass. | Mass. | X | | X | Testicular Cancer | Counts III; VI-VIII;XII;XIII |
| 4. Forward, Jr., George | 11/26/1963 | New Hampshire | New Hampshire | X | X | | Kidney Cancer | Counts III;VI-VIII;XII;XIII |
| 5. Hughes, Thomas | 4/9/1949 | New Jersey | New Jersey | X | X | | Kidney Cancer | Counts III;VI-VIII;XII;XIII |
| 6. Krewko, Joseph | 9/11/1981 | Mass. | Mass. | X | | X | Thyroid Cancer | Counts III;VI-VIII;XII;XIII |
| 7. Mentzer, Michael | 3/29/1978 | Mass. | Mass. | X | | X | Ulcerative Colitis | Counts III;VI-VIII;XII;XIII |
| 8. Morgenstein, David | 10/7/1954 | Conn. | Conn. | | X | | Thyroid Cancer | Counts III;VI-VIII;XII;XIII |
| 9. Phillips, Andrew | 6/11/1984 | North Carolina | North Carolina | X | X | | Thyroid Cancer | Counts III;VI-VIII;XII;XIII |
| 10. Romero, Julian | 6/18/1976 | Texas | Texas | X | X | | Ulcerative Colitis | Counts III;VI-VIII;XII;XIII |
| 11. Shipps, Amy | 6/26/1986 | Missouri | Missouri | X | X | | Thyroid Cancer | Counts III;VI-VIII;XII;XIII |
| 12. Tinsley, Timothy | 12/13/1965 | Texas | Texas | X | X | | Thyroid Cancer | Counts III;VI-VIII;XII;XIII |