AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Charleston Division District of South Carolina

| | |
|---|---|
| *See attached for member case Plaintiff(s)* | ) ) ) ) ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 2:18-mn-02873-RMG |
| | ) MDL 2873 |
| | ) |
| | ) This Document Relates to |
| | ) *See attached for member case and* |
| *See attached for member case Defendant(s)* | ) *civil number as listed in PDF header* |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**3M Company (f/k/a Minnesota Mining And Manufacturing Company, et al**

*See attached for member case Defendant(s) name(s) and address(es) for service of procsess pursuant to Federal Rule of Civil Procedure R. 4 and CMO #6 and #6A-#6I.*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

*Member case plaintiff's attorney name and address:* **Jan R. Schlichtmann, Esq. PO Box 233 Prides Crossing, MA 01965 Office Telephone: 978-804-2553 Email: jan@schlichtmannlaw.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: _____

s/W. Milhouse
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**DEFENDANTS' SERVICE OF PROCESS ADDRESSES**
Pursuant to FRCP Rule 4 & CMO #6, #6A-#6I

| **Defendant** | **Service of Process Address** |
|---|---|
| 1. 3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY) | 3M_Service_AFFF_MDL@duffyandyoung.com |
| 2. AGC CHEMICALS AMERICAS, INC. | agccaservice@crowell.com |
| 3. ARCHROMA U.S., INC. | robertjordan@parkerpoe.com; steveweber@parkerpoe.com; charlesraynal@parkerpoe.com; Janicestafford@parkerpoe.com; Peter.farrell@kirkland.com; ArchromaUS_AFFFMDL_Service@kirkland.com |
| 4. ARKEMA, INC. | AFFFArkemaService@sidley.com |
| 5. BUCKEYE FIRE EQUIPMENT COMPANY | mcarpenter@gastonlegal.com; msingleton@gastonlegal.com<br>& Copy via mail:<br>Michael L. Carpenter<br>Gray, Layton, Kersh, Solomon, Furr & Smith, PA<br>516 South New Hope Road<br>Post Office Box 2636<br>Gastonia, NC 28053 |
| 6. CHEMGUARD, INC. | mdlaff@jci.com; affservice@wc.com |
| 7. CHEMOURS COMPANY | DBDWERLKOTTE@shb.com; jhackman@shb.com; dupontchemoursservice@shb.com; mrushton@shb.com |
| 8. CHEMOURS COMPANY FC, LLC | DBDWERLKOTTE@shb.com; jhackman@shb.com; dupontchemoursservice@shb.com; mrushton@shb.com |

**DEFENDANTS' SERVICE OF PROCESS ADDRESSES**
Pursuant to FRCP Rule 4 & CMO #6, #6A-#6I  (Cont.)

| **Defendant** | **Service of Process Address** |
|---|---|
| 9. CLARIANT CORPORATION | Service will be on Registered Agent: Corporation Service Company<br>2626 Glenwood Ave.<br>Suite 550<br>Raleigh, NC 27608 |
| 10. CORTEVA, INC. | AFFFservice@bartlitbeck.com |
| 11. DUPONT DE NEMOURS, INC. | AFFFservice@bartlitbeck.com |
| 12. DYNAX CORPORATION | DynaxService@smithlaw.com<br><br>[Earlier addresses:<br>kwarner@smithlaw.com;<br>cbrinson@smithlaw.com;<br>aries@smithlaw.com;<br>cbona@smithlaw.com] |
| 13. EIDP, INC. | DBDWERLKOTTE@shb.com;<br>jhackman@shb.com;<br>dupontchemoursservice@shb.com;<br>mrushton@shb.com |
| 14. ELEVATE TEXTILES, INC. | Service will be on Registered Agent: CT Corporation System<br>121 West Trade Street<br>Suite 1700<br>Charlotte, NC 28202 |
| 15. FIRE-DEX GW, LLC | jgreenfelder@bdblaw.com |
| 16. GENTEX CORPORATION | Service will be on Registered Agent: C T Corporation System<br>600 North 2nd Street<br>Suite 401<br>Harrisburg, Pennsylvania 17101 |

**DEFENDANTS' SERVICE OF PROCESS ADDRESSES**
Pursuant to FRCP Rule 4 & CMO #6, #6A-#6I  (Cont.)

| Defendant | Service of Process Address |
|---|---|
| 17. GLOBE MANUFACTURING COMPANY, LLC | AFFF_MDL_Service@orrick.com |
| 18. HONEYWELL SAFETY PRODUCTS USA, INC. | HON-MDL2873-Pleadings@robinsonbradshaw.com; Elissa.preheim@arnoldporter.com |
| 19. INTERTECH GROUP, INC. | Service will be on Registered Agent: Michael Bender 4838 Jenkins Ave. North Charleston South Carolina 29405 |
| 20. KIDDE-FENWAL, INC. | KiddeDefendantsAFFF@daypitney.com |
| 21. LION GROUP, INC. | Service will be on Registered Agent: QI Services, Inc. Federal Reserve Bldg. 4th Floor 150 E. Fourth Street Cincinnati, Ohio 45202 |
| 22. MILLIKEN & COMPANY | Service will be on Registered Agent: C T Corporation System 2 Office Park Court Suite 103 Columbia, South Carolina   29223 |
| 23. MORNING PRIDE MANUFACTURING L.L.C. | HON-MDL2873-Pleadings@robinsonbradshaw.com Elissa.preheim@arnoldporter.com |
| 24. NATIONAL FOAM, INC. | NationalFoam_Service_of_Process@gtlaw.com [Previously smithkei@gtlaw.com] |

## DEFENDANTS' SERVICE OF PROCESS ADDRESSES
Pursuant to FRCP Rule 4 & CMO #6, #6A-#6I (Cont.)

| | **Defendant** | **Service of Process Address** |
|---|---|---|
| 25. | PBI PERFORMANCE PRODUCTS, INC. | Service will be on Registered Agent: Corporation Service Company<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 |
| 26. | SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC. | SCI-AFFFMDLService@grsm.com |
| 27. | SOUTHERN MILLS, INC | mdlservice@tencatefabrics.com;<br>SMI-Mauldin-MDL@kilpatricktownsend.com |
| 28. | STEDFAST USA, INC. | stedfastservice@hinshawlaw.com |
| 29. | TYCO FIRE PRODUCTS LP | Service will be made on Registered Agent:<br>C T Corporation System<br>301 S. Bedford St. Suite 1<br>Madison, WI 53703 |
| 30. | W.L. GORE & ASSOCIATES, INC. | WLGore_AFFFMDL_Service@lists.dechert.com |

4