# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| CARSE BROWN et al | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Master Dkt. No. 2:18-mn-02873<br>) **CA No. 2:25-cv-11664-RMG** |
| 3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY), et al | ) Richard Gergel, USDJ<br>)<br>) |
| Defendants | )<br>) |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
### REGARDING GENTEX CORPORATION ONLY

PLEASE TAKE NOTICE that Plaintiffs, under Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismisses this action as to Defendant Gentex Corporation only, without prejudice and without costs to any party.

Dated: August 29, 2025

Jan Schlichtmann, Esq.
Attorney for Plaintiffs
Ma. BBO #445900
PO Box 233
Prides Crossing, MA 01965
978-804-2553
Email: jan@schlichtmannlaw.com